UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANG VU,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY,<br><br>    Respondent. | Case No. 25-cv-09471-HSG<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner has filed a *pro se* petition for a writ of habeas corpus. Dkt. No. 1. On November 3, 2025, the Court informed Petitioner that this action was deficient because Petitioner had neither paid the $5.00 filing fee nor filed an application for leave to proceed *in forma pauperis*. Dkt. No. 3. The Court ordered Petitioner to cure this deficiency by December 1, 2025, or the action would be dismissed without prejudice. *Id*. This notice was sent to Elmwood Correctional Facility, the address which Petitioner listed on the first page of his petition. On November 14, 2025, the November 3, 2025 deficiency notice was returned to the Court as undeliverable, with the notation that Petitioner was no longer in the custody of Elmwood Correctional Facility. On December 2, 2025, the Clerk updated Petitioner's address of record to reflect the return address listed on page 15 of the petition and on the envelope, which listed Napa State Hospital as Petitioner's place of custody. On December 3, 2025, the Clerk sent Petitioner a courtesy copy of the deficiency notice, Dkt. No. 3, to the updated address.

In light of the foregoing, the Court *sua sponte* GRANTS Plaintiff an extension of time to **January 5, 2026**, to either file an *in forma pauperis* application or pay the $5.00 filing fee. Failure to comply with this deadline will result in dismissal of this action without prejudice without further notice to Plaintiff for failure to comply with a court order. The Clerk is directed to

send Plaintiff a courtesy copy of the Court's *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 12/5/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge