UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIANG VU,

                Petitioner,

     v.

SUPERIOR COURT OF SANTA CLARA COUNTY,

                Respondent.

Case No. 25-cv-09471-HSG

**ORDER OF DISMISSAL**

On or about October 22, 2025, Petitioner filed a petition for a writ of habeas corpus. Dkt. No. 1. On November 3, 2025, the Clerk of the Court sent Petitioner a notice informing him that the action was deficient because he had not paid the filing fee or filed an *in forma pauperis* application. Dkt. No. 3. The notice was returned to the Court as undeliverable. Dkt. No. 4. On December 3, 2025, the Court resent the November 3, 2025 to Petitioner's corrected address of record; and on December 5, 2025, the Court *sua sponte* granted Petitioner an extension of time to January 5, 2026 to file his *in forma pauperis* application. Dkt. No. 8. In late December 2025, Petitioner filed two *in forma pauperis* applications, but both applications were incomplete because they lacked the required Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and the required copy of Petitioner's trust account statement for the last six months. Dkt. Nos. 10, 11. On January 7, 2026, the Clerk of the Court sent Petitioner a second notice, this time informing him that his habeas action was deficient because his *in forma pauperis* application was insufficient for failing to submit the required supporting documents listed above. Dkt. No. 12. The Clerk cautioned Petitioner that he must correct the deficiency by February 4, 2026, or the action would be dismissed. Dkt. No. 12. The deadline has passed and Petitioner has not filed a complete *in forma pauperis* application, or

otherwise communicated with the Court.  Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee.  The dismissal is without prejudice to Petitioner filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. A complete *in forma pauperis* application requires (1) the Certificate of Funds in Prisoner's Account form completed and signed by an authorized officer at Petitioner's correctional facility, and (2) a copy of Petitioner's prisoner trust account statement showing transactions for the last six months.

Judgment is entered in favor of Respondent and against Petitioner.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:      2/18/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2