UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANG VU,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY,<br><br>Respondent. | Case No. 25-cv-09471-HSG<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:    2/18/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge